# ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Susan van Keulen<br>U.S. Magistrate Judge | **RE:** | MIKE, Shane Brightpath |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:19-CR-00292-BLF |

**Date:** July 12, 2023

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Edgar Juarez                                                                 510-277-5021

**U.S. Pretrial Services Officer**                                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)
1. Defendant must not use alcohol and must not use or possess any narcotic or other controlled substance without a legal prescription
2. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services/U.S. Probation.
3. Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_[signature]_                                                    July 18, 2023
**JUDICIAL OFFICER**                                        **DATE**